DANIEL G. BOGDEN
United States Attorney
NADIA AHMED
Special Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV  89101
702-388-6336/FAX #702-388-6698

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CARLOS LOPEZ-GUIDINO,<br><br>　　　　Defendant. | Court No. 2:12-mj-0346-PAL<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>(First Request) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, and Nadia Ahmed, Special Assistant United States Attorney, counsel for the United States of America, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for defendant **CARLOS LOPEZ-GUIDINO**, that the sentencing in the above-captioned matter, currently scheduled for March 27, 2013, at the hour of 9:00 a.m., be vacated and continued for thirty (30) days or to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. Counsel for the government will be out of the office March 26, 2013 - April 1, 2013 attending to a family matter.

2. Defendant is out of custody and agrees to the continuance.

3. Denial of this request for continuance could result in a miscarriage of justice.

. . .

1       4.    There has been no previous request for continuance of the sentencing granted
2 herein.

DATED this 21st day of March, 2013.

|  | Respectfully submitted, |
|---|---|
|  | DANIEL G. BOGDEN<br>United States Attorney |
| /s/ Nisha Brooks-Whittington | /s/ Nadia Ahmed |
| NISHA BROOKS-WHITTINGTON, AFPD<br>Counsel for defendant<br>**CARLOS LOPEZ-GUIDINO** | NADIA AHMED<br>Special Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Court No. 2:12-mj-0346-PAL |
| Plaintiff, | ) | |
| vs. | ) | ORDER CONTINUING SENTENCING |
| CARLOS LOPEZ-GUIDINO, | ) | |
| Defendant. | ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

**IT IS HEREBY ORDERED** that the sentencing in the above-captioned matter currently scheduled for March 27, 2013, at the hour of 9:00 a.m., be vacated and continued to Wednesday, 6/05, 2013, at the hour of 9:00 a.m. in Courtroom #3B.

DATED this 22nd day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

3