# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS LOPEZ-GUDINO,<br><br>    Defendant. | Case No. 2:12-mj-00346-PAL<br><br>ORDER |

Defendant Carlos Lopez-Gudino appeared in court on May 29, 2014, with counsel for a probation revocation hearing. *See* Minutes of Proceedings (Dkt. #38). After hearing from the Defendant and counsel for both sides, the court ordered that Defendant's probation be extended for a period of one year. *Id.* Additionally, the court ordered Defendant to be released on conditions previously imposed, with the additional condition that Defendant shall reside at the halfway house for a period of six months. *Id.*

Accordingly,

**IT IS ORDERED**:

1. Defendant is ordered RELEASED on conditions previously imposed and as set forth in the court's Order Setting Conditions of Release (Dkt. #39).
2. Upon his release, Defendant shall reside at the halfway house for a period of six months. Defendant shall be allowed eight-hour passes for childcare.

Dated this 8th day of July, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE